

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2023

No. 04-23-01015-CV

**IN RE EQUIPMENTSHARE.COM, INC** d/b/a EquipmentShare, Relator

Original Proceeding[1]

**ORDER**

On November 20, 2023, relator filed a petition for writ of mandamus. This court has determined relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on December 20, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2020CI18952, styled *Elizabeth Chavez Rayos, et al. v. Catalyst Midstream Partners, et al.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.